**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 271 EAL 2017
                                    :
              Respondent     :   Petition for Allowance of Appeal from
                                    :   the Order of the Superior Court
                                    :
             v.                     :
                                    :
                                    :
QUENTIN ADAMS,               : 
                                    :
             Petitioner       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.